1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  CHRISTINA McCALL (CABN 234139)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      E-Mail:    Christina.McCall@usdoj.gov

8  Attorneys for Plaintiff

9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                                OAKLAND DIVISION

13  UNITED STATES OF AMERICA,            ) No. 4-18-70570 MAG
                                         )
14         Plaintiff,                    ) APPLICATION TO UNSEAL COMPLAINT AND
                                         ) [PROPOSED] ORDER
15      v.                               )
                                         )
16  JEFFREY BRIAN PROVOST,               )
                                         )
17                                       )
           Defendant.                    )
18                                       )
                                         )
19

20         The United States hereby applies for an order directing that the criminal complaint and

21  supporting affidavit, and the arrest warrant, in the above-entitled matter, together with this application,

22  and this Court's unsealing order, be unsealed. The United States requests that the above-described

23  materials be unsealed because the need to: (1) preserve the confidentiality of the ongoing investigation

24  described in the affidavit; (2) prevent individuals from learning of the existence of the investigation; and

25  (3) prevent individuals from destroying evidence or fleeing from prosecution is no longer necessary.

26  Following an arrest on April 24, 2018, the defendant is in the custody of the United States Marshal, and

27  agents have executed a search and seizure warrant at his residence.

28  //

I respectfully request that the Court issue an order granting this application.

DATED: April 24, 2018

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

CHRISTINA McCALL
Assistant United States Attorney

**ORDER**

For good cause shown, IT IS HEREBY ORDERED THAT:

The complaint, supporting affidavit, and arrest warrant in the above-entitled matter, together with this application and this Court's unsealing order, shall be unsealed.

DATED: 4/24/18

HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

UNSEALING APPLICATION & ORDER
4-18-70570 MAG